IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JAMES DEWEY KING,**

    Petitioner,

v.                                             Civil Action No. **3:19CV41**

**HAROLD W. CLARKE,**

    Respondent.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. King's Objections (ECF No. 29) are OVERRULED;
2. The Report and Recommendation (ECF No. 28) is ACCEPTED and ADOPTED;
3. The Motion to Dismiss (ECF No. 10, 14) is GRANTED.
4. King's § 2254 Petition (ECF No. 1) is DENIED.
5. King's claims and the action are DISMISSED.
6. King's outstanding motions (ECF Nos. 17, 23, 27) are DENIED.
7. A certificate of appealability is DENIED.

Should King desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to King and counsel of record.

It is so ORDERED.

Date: 12 March 2020
Richmond, Virginia

/s/ 
John A. Gibney, Jr.
United States District Judge